IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
Sherman Division

| | |
|---|---|
| LISA LOVE,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Civil No. 4:19-cv-00238-ALM-KPJ<br><br><br>NOTICE OF SETTLEMENT AND REQUEST FOR TERM TO FILE DISMISSAL PLEADING |

Plaintiff, Lisa Love, by and through undersigned counsel, hereby gives notice that Plaintiff and Defendant, Bank of America, N.A., have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. Plaintiff respectfully requests thirty (30) days to finalize the settlement documents and file the parties' stipulation of dismissal. In view of the case's resolution, Plaintiff respectfully requests that the hearing scheduled for June 26, 2019 and further case deadlines be set aside.

Dated:       June 21, 2019

/s/ Carlos C. Alsina
Carlos C. Alsina-Batista (Texas Bar 24111072)
THE LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 363-3331
 Fax (657) 246-1311
CarlosA@jlohman.com
*Attorney for Plaintiff Lisa Love*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically give notice to all counsel of record, including counsel for Defendant.

BY: */s/ Carlos C. Alsina*
Attorney for Plaintiff, Lisa Love