UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| LISA LOVE,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.*,*<br><br>    Defendants. | Civil No. 4:19-cv-00238-ALM-KPJ<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)** |

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),Plaintiff, Lisa Love ("Plaintiff"), and Defendant, Bank of America, N.A. ("Defendant"), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own litigation costs and attorney's fees.

JOINTLY SUBMITTED BY:

*/s/ Matthew Durham (with permission)*
Matthew Durham
mdurham@mcguirewoods.com
MCGUIREWOODS LLP 2000 McKinney
Avenue, Suite 1400 Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499
*Counsel for Defendant,*
*Bank of America, N.A.*

*/s/ Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA  92880
Tel: (657) 363-3331
Fax: (657) 246-1311
E: CarlosA@jlohman.com
*Counsel for Plaintiff,*
*Lisa Love*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Matthew Durham, SBN: 24040226
mdurham@mcguirewoods.com
MCGUIREWOODS LLP 2000 McKinney Avenue, Suite 1400 Dallas, Texas 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499
*Counsel for Defendant*

*/s/ Carlos C. Alsina-Batista*
Carlos C. Alsina-Batista
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310,
Corona, CA  92880
Tel: (657) 363-3331
Fax: (657) 246-1311
E: CarlosA@jlohman.com
*Counsel for Plaintiff*

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| LISA LOVE, | Case No: 4:19-cv-0238-ALM-KPJ |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER OF DISMISSAL** |
| BANK OF AMERICA, N.A., | |
| Defendants. | |

**[PROPOSED] ORDER OF DISMISSAL**

Plaintiff, Lisa Love ("Plaintiff"), and Defendant, Bank of America, N.A., ("Defendant"), having filed a Joint Notice of Settlement and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

UNITED STATES DISTRICT JUDGE